1  ALEXANDER G. CALFO (SBN 152891)
     ACalfo@yukelaw.com
2  KELLEY S. OLAH (SBN 245180)
     KOlah@yukelaw.com
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     GAnderson-thompson@yukelaw.com
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:    (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON SERVICES, INC., JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
9  Johnson, Inc."), DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
10 International, Ltd.")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| KATHY NEALE and JOHN NEALE, | CASE NO. CV12-1976-JSW |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS |
| vs. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D, A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs KATHY NEALE and JOHN NEALE and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

CV12-1976-JSW

[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 1, 2012

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White

2

[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS

CV12-1976-JSW